IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**LEWIS KENDRICK**                                                                          **PLAINTIFF**
ADC #196554

v.                          **4:15-cv-00689 KGB/PSH**

**PULASKI COUNTY FACILITY**                                          **DEFENDANT**

## ORDER

Plaintiff Lewis Kendrick, who is currently held at the Pulaski County Detention Facility, submitted a *pro se* complaint on November 9, 2015.  The Clerk docketed the complaint as a new lawsuit.  However, upon further review, Mr. Kendrick's filing appears to have been intended as an amended complaint which was requested by the Court in *Kendrick v. Pulaski County Jail*, Case No. 4:15-cv-00674 BSM/JJV.  Accordingly, the Clerk is directed to administratively terminate this lawsuit.  Mr. Kendrick's complaint has been filed as an amended complaint in Case No. 4:15-cv-000674 BSM/JJV.

It is so ordered this 27th day of April, 2016.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE